**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | No. 13-16061 |
|---|---|
| RBK MANUFACTURING, INC., | ORDER ALLOWING CLAIMS |
| Debtor-In-Possession. | |

THIS MATTER came before the Court on the Debtor's Notice of Presentation of Order Allowing Claims; the Court finding that the Notice of the Presentation of the Order Allowing Claims was given to all parties listed on the mailing matrix as evidenced by the Proof of Service on file with the Court; the Court finding that the notice was timely and reasonable and thus was in compliance with the Bankruptcy Code and Rules; the Court having considered any responses to the Notice of Presentation of the Order Allowing Claims, and the Court being fully informed in the matter, now, therefore, it is hereby

ORDERED that the following claims be disallowed or allowed as set forth below:

ORDER ALLOWING CLAIMS

Page 1 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD    Doc 105    Filed 12/16/13    Ent. 12/16/13 15:32:52    Pg. 1 of 6

## ALLOWED SECURED CLAIMS

| Claim No. or Schedule | Claimant | Treatment of Claim |
|---|---|---|
| D; Claim #6 | 3040 Auburn LLC and Troy Thomas<br>319 D Street<br>Suite 104<br>Auburn, WA 98001 | $230,000.00 |
| D; Claim #6 | SL Financial<br>50 Washington St<br>Norwalk, CT 06854 | $0.00 |
| D; Claim #5 | US Bank<br>c/o Linda Fladoos/PD-OR-PL2<br>555 SW Oak #220<br>Portland OR 97204 | $31,633.42 |
| D; Claim #2 | Wells Fargo Equipment Finance Inc.<br>1540 West Fountainhead Parkway<br>Tempe AZ 85282 | $57,000.00 |
| | | |
| | **Total** | **$318,633.42** |

## ALLOWED 507(a)(8) PRIORITY TAX CLAIMS

| Claim No. or Schedule | Claimant | Treatment of Claim |
|---|---|---|
| Claim #3 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | $296.27 |
| | | |
| | **Total** | **$296.27** |

ORDER ALLOWING CLAIMS

Page 2 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD   Doc 105   Filed 12/16/13   Ent. 12/16/13 15:32:52   Pg. 2 of 6

## ALLOWED GENERAL UNSECURED CLAIMS

| Claim No. and/or Schedule F | Claimant | Treatment of Claim |
|---|---|---:|
| Claim #6 | 3040 Auburn LLC and Troy Thomas<br>319 D Street<br>Suite 104<br>Auburn, WA 98001 | $61,879.25 |
| | ASI<br>3941 B Street NW<br>Auburn, WA 98001 | $2,936.00 |
| Claim #8 | Bank of the West<br>475 Sansome St<br>19th Floor<br>San Francisco, CA 94111 | $0.00 |
| | Capital One<br>PO Box 32085<br>Salt Lake City, UT 84130 | $ 2,124.30 |
| | Chase Bank<br>PO Box 94014<br>Palatine, IL 60094 | $8,700.00 |
| | Christian Keller<br>16914 44th St E<br>Bonney Lake, WA 98391 | $27,000.00 |
| | Earl Stout<br>942 28th St NE<br>Auburn, WA 98002 | $0.00 |
| | Eddie Sainati<br>12722 SE 312th St NE<br>Auburn, WA 98092 | $0.00 |
| | Edmund Schaible<br>2512 St Ct SE<br>Puyallup, WA 98374z | $0.00 |

ORDER ALLOWING CLAIMS

Page 3 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD    Doc 105    Filed 12/16/13    Ent. 12/16/13 15:32:52    Pg. 3 of 6

| | | |
|---|---|---:|
| Claim #11 | EF Baily div of Blackhawk Industrial<br>Attn: Lucy Legatt-Nelson<br>PO Box 1394<br>St Cloud, MN 56302-1394 | $23,275.35 |
| | Elisabet Trostle<br>1070 Barlow / 2 Taverns Rd<br>Gettysburg, PA 17325 | $25,000.00 |
| | Ellis Machinery<br>6225 20th St E<br>Tacoma, WA 98424 | $0.00 |
| | Express One<br>PO Box 900070<br>Sandy, UT 84090 | $1,400.00 |
| | Jeremiah Walker<br>12722 SE 312th St<br>Apt D-306<br>Auburn, WA 98092 | $0.00 |
| | Jim Hagen<br>5738 Panorama Drive NE<br>Moses Lake, WA 98837 | $16,000.00 |
| Claim #9 | Joachim Baier<br>Klaus Baier GmbH<br>Rehbichler Weg 15<br>87459 Pfronten, Germany | $ 80,439.00 |
| Claim #10 | Johanna Rohrmoser<br>4133 SW 314th St<br>Federal Way, WA 98023 | $0.00 |
| | Makino<br>7680 Innovation Way<br>Mason, OH 45040 | $0.00 |

ORDER ALLOWING CLAIMS

Page 4 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD    Doc 105    Filed 12/16/13    Ent. 12/16/13 15:32:52    Pg. 4 of 6

|  |  |  |
|---|---|---|
|  | Marshall<br>PO Box 4959<br>Chatsworth, CA 91313 | $ 2,817.52 |
|  | Mike Kemler<br>16914 44th St E<br>Bonney Lake, WA 98391 | $0.00 |
|  | Mike Reynolds<br>1219 Cole Street<br>Enumclaw, WA 98022 | $0.00 |
| Claim #1 | MSC Industrial Supply Co<br>75 Maxess Rd<br>Melville NY 11747 | $1,902.74 |
|  | Paul Peretti<br>31101 116th Ave SE #53<br>Auburn, WA 98092 | $0.00 |
|  | Pendama Co Tool & Machine<br>240 SW 43rd Street<br>Renton, WA 98055 | $0.00 |
|  | Precision Machine Works<br>2024 Puyallup Ave E<br>Tacoma, WA 98421 | $5,000.00 |
|  | Puget Sound Energy<br>PO Box 91269<br>Bellevue, WA 98009-9269 | $0.00 |
|  | Rod Addicks<br>1619 Second St.<br>Mount Vernon, WA 98273 | $3,500.00 |
|  | Specialty Steel Supply<br>PO Box 67354<br>Dallas, TX 75267 | $4,800.00 |

ORDER ALLOWING CLAIMS

Page 5 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD    Doc 105    Filed 12/16/13    Ent. 12/16/13 15:32:52    Pg. 5 of 6

|  | Steve Rohrmoser<br>1814 I St NE #210<br>Auburn, WA 98002 | $0.00 |
|---|---|---|
|  | Superior Metal Finishing<br>18240 SW 100th Court<br>Tualatin, OR 97062 | $13,681.20 |
| Claim #4 | US Bank N.A.<br>Bankruptcy Department<br>P.O.Box 5229<br>Cincinnati, OH 45201-5229 | $6,930.35 |
| Claim #7 | Velocity CNC<br>13701 24th Street<br>Suite D-10<br>Sumner, WA 98390 | $900.00 |
|  | Western Tool<br>PO Box 67354<br>Livermore, CA 94551 | $0.00 |
|  |  |  |
|  | **Total** | **$288,285.71** |

The total amount of all claims is **$607,215.40**.

///End of Order///

Presented by:

/s/ *Nathan T. Riordan*
Nathan T. Riordan, WSBA #33926
Attorney for Debtor
Riordan Law, PS
600 Stewart St, Suite 1300
Seattle, WA 98101
(206) 903-0401

ORDER ALLOWING CLAIMS

Page 6 of 6

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Case 13-16061-TWD   Doc 105   Filed 12/16/13   Ent. 12/16/13 15:32:52   Pg. 6 of 6